UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DIAZ,

           Plaintiff,

against

SUPERINTENDENT THOMS,

           Defendant.

CIVIL ACTION NO.: 20 Civ. 154 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Petitioner's request for an extension of time to file a Reply brief is GRANTED. (ECF No. 19). Petitioner shall have an additional 45 days, until **August 31, 2020** to submit his Reply, if any. If no Reply is mailed by that date, the Court will deem the Petition fully briefed.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:    New York, New York
          July 16, 2020

SO ORDERED

_[signature: Sarah L. Cave]_
**SARAH L. CAVE**
**United States Magistrate Judge**

Mail To:    Richard Diaz
             15-A-4868
             Five Points C.F.
             P.O. Box 119
             Romulus, NY 14541