UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DIAZ,

                Petitioner,

-v-

SUPERINTENDENT THOMS,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 154 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Petitioner's letter dated October 19, 2020 requesting a 30-day extension of time to file a reply. (ECF No. 23). The requested extension is GRANTED. Petitioner shall file his response by **November 30, 2020** but should not expect a further extension.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:     New York, New York
            October 28, 2020

                                    SO ORDERED

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**

Mail To:    Richard Diaz
              15-A-4868
              Five Points C.F.
              P.O. Box 119
              Romulus, NY 14541