UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DIAZ,

                Petitioner,

-v-

SUPERINTENDENT THOMS,

                Respondent.

CIVIL ACTION NO.: 20 Civ. 154 (ER) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Respondent's letter regarding Petitioner's recent NYCPL § 440 motion filed with the Supreme Court, Bronx County, New York. (ECF No. 25).

If he wishes, by **January 4, 2021** Plaintiff may file a response to Respondent's letter, addressing how his § 440 motion affects his habeas petition.

The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner at the below address.

Dated:     New York, New York
            November 4, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

Mail To:     Richard Diaz
             15-A-4868
             Five Points C.F.
             P.O. Box 119
             Romulus, NY 14541