UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DIAZ,

                Petitioner,

– against –

SUPERINTENDENT THOMS,

                Respondent.

**ORDER**

No. 20-cv-00154 (ER)

Ramos, D.J.:

    On November 18, 2022, Magistrate Judge Sarah L. Cave issued a Report and Recommendation ("R&R") recommending the Court deny Richard Diaz' habeas petition. Doc. 31. On December 19, 2022, Diaz objected to the R&R. Doc. 32. The Court directed the District Attorney for Bronx County to respond to Diaz's objection by January 20, 2023. Doc. 33. The District Attorney has not filed its response as of April 7, 2025. The Court directs the District Attorney to respond by April 11, 2025. If the District Attorney fails to respond, the Court will deem the objection unopposed.

    It is SO ORDERED.

Dated:   April 7, 2025
           New York, New York

                                                Edgardo Ramos, U.S.D.J.