**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RICHARD DIAZ,

                        Petitioner,                      20 **CIVIL** 0154 (ER)

      -against-                               **JUDGMENT**

SUPERINTENDENT MATTHEW THOMS,
SUPERINTENDENT OF THE FIVE POINTS
CORRECTIONAL FACILITY,

                        Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 16, 2025, the Court adopts the R&R in its entirety. Diaz's habeas corpus petition is thus denied. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion & Order issued on June 16, 2025, would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

**Dated:**  New York, New York
           June 16, 2025

                                                  **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                            **BY:**
                                                      **Deputy Clerk**