UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD DIAZ,

               Petitioner.

– against –

SUPERINTENDENT MATTHEW THOMS, SUPERINTENDENT OF THE FIVE POINTS CORRECTIONAL FACILITY,

               Respondent.

**OPINION & ORDER**

20-cv-00154 (ER)

RAMOS, D.J.:

       This Court adopted Magistrate Judge Cave's report and recommendation ("R&R") denying Richard Diaz's petition for a writ of habeas corpus under 28 U.S.C. § 2254. Doc. 41. Because Diaz has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

       It is SO ORDERED.

Dated:   August 4, 2025
           New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.